**SO ORDERED: January 26, 2010.**



_____
**James K. Coachys**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER LYNN ROBERTS, | ) | Case No. 08-15099-JKC-13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| TIFFANY WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 09-50267 |
| | ) | |
| JENNIFER LYNN ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

This matter comes before the Court on Plaintiff Tiffany Woods and Debtor/Defendant Jennifer Lynn Roberts' Cross Motions for Summary Judgment. Consistent with the Court's Findings of Fact and Conclusions of Law, entered contemporaneously herewith, the Court enters judgment in favor of Woods and against Roberts on Woods' Complaint to Determine Dischargeability of Debt. Accordingly, should Woods eventually obtain a civil judgment against

Roberts for personal injuries she allegedly sustained as result of Roberts' conduct, such judgment is excepted from discharge pursuant to 11 U.S.C. § 1328(a)(4).

The Court notes that it lacks jurisdiction to liquidate or otherwise adjudicate Woods' personal injury claim against Roberts, as such matters are excluded from the bankruptcy reference. *See* 28 U.S.C. § 157(b)(5). Furthermore, while the Court is permitted to estimate personal injury claims for purposes of plan confirmation, it cannot estimate or liquidate them for purposes of plan distribution. *See* 28 U.S.C § 157(b)(2)(B).

###

Distribution:
Daniel Townsend McAfee
Fred L. Cline
Mark S. Zuckerberg
UST
Chapter 13 Trustee